38126. WALLACE et al. v. CENTRAL BANK OF GEORGIA.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED JANUARY 27, 1982.

*Reinhardt, Whitley & Rogers, Bob Reinhardt,* for appellants.
*G. McGregor Jordan, Jr.,* for appellee.